

# NUMBER 13-23-00070-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

STATE OF TEXAS,                                                    Appellant,

v.

MICHAEL ANTHONY VARGAS,                                           Appellee.

## On appeal from the County Court at Law No. 5
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Longoria

The State appealed the trial court's order granting appellee Michael Anthony Vargas's motion to suppress.

The State has filed a motion to dismiss the appeal, signed by the State's attorney, arguing that the appeal is moot because appellee is now deceased. *See* TEX. R. APP. P. 42.2.

We grant the State's motion and dismiss the appeal. *See id.* 43.2(f). Having dismissed the State's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of January, 2024.